UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Matt Runningshield, a/k/a
Royal Rockefeller,

        Plaintiff,

vs.                                           ORDER ADOPTING REPORT
                                                           AND RECOMMENDATION

The State of Minnesota et al.,

        Defendants.                        Civ. No. 10-800 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

That the Plaintiff's Motion for Order to Show Cause/Temporary Restraining Order [Docket No. 11] is denied.


Dated: July 12, 2010                                                 <u>s/James M. Rosenbaum</u>
                                                                    Judge James M. Rosenbaum
                                                                      United States District Court