UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Matt Runningshield, a/k/a Royal
Rockefeller,

    Plaintiff,

v.

Joan Fabian, Terry Carlson, Jessica
Symmes-Benson, Kent Grandlienard, Lcie
Stevenson, Mike Green, Vince Krenz, Jeff
Dansky, Jeff Bly, Jason Smith, James
Lange, and Kevin Monia, a/k/a Kevin Monio,

    Defendants.

Civil No. 10-800 (JNE/LIB)
ORDER

In a Report and Recommendation dated November 23, 2010, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that Plaintiff's request for a default judgment against all Defendants be denied. Plaintiff objected to the Report and Recommendation, and Defendants responded to that objection. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 49]. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's request for a default judgment [Docket No. 46] is DENIED.

Dated: December 27, 2010

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge