

**LORI SWANSON**
ATTORNEY GENERAL

# STATE OF MINNESOTA
OFFICE OF THE ATTORNEY GENERAL

BREMER TOWER, SUITE 900
445 MINNESOTA STREET
ST. PAUL, MN 55101-2127
TELEPHONE: (651) 297-1075

April 13, 2011

The Honorable Joan N. Ericksen
U.S. District Court Judge
U.S. Courthouse
300 South Fourth Street
Suite 12W
Minneapolis, MN 55415

    Re:   *Matt Runningshield v. Joan Fabian, et al.*
           Court File No. 10-cv-800 (JNE/LIB)

Dear Judge Ericksen:

     I am writing on behalf of the Defendants in the above titled action. The Defendants have reviewed Plaintiff's motion to voluntarily dismiss his lawsuit. The Defendants have no objection to Plaintiff voluntarily dismissing the action, but because Defendants have filed an Answer in the case, would ask that the dismissal be with prejudice. If there is anything else I can do to be of assistance please let me know.

Dated: <u>April 13, 2011</u>

                                                LORI SWANSON
                                                Attorney General
                                                State of Minnesota

                                                s/**Jackson Evans**
                                                Jackson Evans
                                                Assistant Attorney General
                                                Atty. Reg. No. 0388543

                                                445 Minnesota Street, Suite 900
                                                St. Paul, MN 55101-2127
                                                Telephone: (651) 757-1189
                                                Fax: (651) 297-4139
                                                jackson.evans@state.mn.us

cc:    Matt Runningshield
        Kobie Hudson

AG: #2805572-v1